UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: §
 §
**SUMMIT QUALITY HEALTH SERVICES, INC** § Case No. 99-39452-H3-7
 §
 §
Debtor(s) §

FINAL REPORT
**BEFORE DISTRIBUTION**

The undersigned trustee reports:

1. All scheduled and known assets of the estate have been reduced to cash, abandoned, or will be abandoned as burdensome or of inconsequential value to the estate, or released to the debtor(s) as exempt property. An accounting of the disposition of all property is attached hereto as FORM 1.

2. The claims have been examined, and any and all objections, whether made by the trustee or by another party in interest, have been determined by the Court or settled by the parties. Copies of any and all such Court orders and/or settlement agreements are attached hereto as Exhibit A.

3. Attached hereto as FORM 2 is an itemized statement of the trustee's receipts and disbursements, showing total receipts of **$94,904.95** (Exhibit B-1), total interim disbursements of **$41,607.44** (Exhibit B-2), and a balance on hand of **$53,297.51**.

4. Liens, security interests, or other interests in property of the estate that have been liquidated or collected, totaling **$0.00**, have been paid on an interim basis in the amount of **$0.00**, or will be paid and should be allowed for the purpose of distribution as shown on Exhibit C. These payments constitute **0.00%** of the total receipts.

5. Pursuant to 11 U.S.C. 326(a), the maximum fee allowable to the trustee is **$7,995.25** (see Exhibit B-2). The trustee has received **$0.00** of this total as interim compensation, and now requests **$7,995.25** as his/her final compensation (narrative summary and/or time record included in Exhibit D-1), and an additional **$1,221.64** for reimbursement of reasonable and necessary expenses incurred. An itemization of the trustee's expenses is included in Exhibit D-2, attached hereto.

6. After deduction of any secured payment amounts in paragraph no. 4 above, the remaining balance on hand has been or will be distributed in accordance with 11 U.S.C. 726 as follows:

### Administrative (a)

| | Allowed & Paid | Allowed & Not Paid | Amount Requested Herein | Proposed Payment (Incl. Prorata) | Total | %* |
|---|---|---|---|---|---|---|
| **Trustee Compensation** KENNETH R. HAVIS | 0.00 | 0.00 | 7,995.25 | 7,995.25 | 7,995.25 | 8.42% |
| **Trustee Expenses** KENNETH R. HAVIS | 0.00 | 0.00 | 1,221.64 | 1,221.64 | 1,221.64 | 1.29% |
| **Attorney for Trustee Fees (Other Firm)** Floyd, Isgur, Rios & Wahrlich, PC Doc # 109   10/30/02 (99-39450) | 7,735.60 | 0.00 | 0.00 | 0.00 | 7,735.60 | 8.15% |

| | Allowed & Paid | Allowed & Not Paid | Amount Requested Herein | Proposed Payment (Incl. Prorata) | Total | %* |
|---|---:|---:|---:|---:|---:|---:|
| Floyd, Isgur, Rios & Wahrlich, PC<br>Doc # 123   5/7/03 (99-39450) | 1,231.55 | 0.00 | 0.00 | 0.00 | 1,231.55 | 1.30% |
| Kirkendall & Isgur, LLP<br>Doc # 109   10/30/02 (99-39450) | 17,865.70 | 0.00 | 0.00 | 0.00 | 17,865.70 | 18.82% |
| | | | | | 26,832.85 | 28.27% |
| **Attorney for Trustee Expenses (Other Firm)**<br>Floyd, Isgur, Rios & Wahrlich, PC<br>Doc # 123   5/7/03 (99-39450) | 33.70 | 0.00 | 0.00 | 0.00 | 33.70 | 0.04% |
| Floyd, Isgur, Rios & Wahrlich, PC<br>Doc # 109   10/30/02 (99-39450) | 497.49 | 0.00 | 0.00 | 0.00 | 497.49 | 0.52% |
| Kirkendall & Isgur, LLP<br>Doc # 109   10/30/02 (99-39450) | 1,095.04 | 0.00 | 0.00 | 0.00 | 1,095.04 | 1.15% |
| | | | | | 1,626.23 | 1.71% |
| **Accountant for Trustee Fees (Trustee Firm)**<br>Havis & West CPA<br>Doc # 50   5/4/04 | 1,650.00 | 0.00 | 0.00 | 0.00 | 1,650.00 | 1.74% |
| Kenneth Havis , CPA<br>Doc # 43   1/29/03 | 10,720.00 | 0.00 | 0.00 | 0.00 | 10,720.00 | 11.30% |
| | | | | | 12,370.00 | 13.04% |
| **Accountant for Trustee Expenses (Trustee Firm)**<br>Havis & West, CPA<br>Doc # 50   5/5/04 | 82.75 | 0.00 | 0.00 | 0.00 | 82.75 | 0.09% |
| Kenneth Havis, CPA<br>Doc # 43   1/29/03 | 49.20 | 0.00 | 0.00 | 0.00 | 49.20 | 0.05% |
| | | | | | 131.95 | 0.14% |
| **Bond Payments**<br>International Sureties, Ltd.<br>Doc # 53   11/13/06 | 607.41 | 0.00 | 0.00 | 0.00 | 607.41 | 0.64% |
| **Other Chapter 7 Administrative Expenses**<br>INTERNAL REVENUE SERVICE | 39.00 | 0.00 | 0.00 | 0.00 | 39.00 | 0.04% |
| **U.S. Trustee Quarterly Fees**<br>U.S. TRUSTEE | 0.00 | 500.00 | 0.00 | 500.00 | 500.00 | 0.53% |
| **Clerk of the Court Costs (includes adversary and other filing fees)**<br>CLERK OF THE COURT | 0.00 | 23.75 | 0.00 | 23.75 | 23.75 | 0.03% |
| **Total Administrative Expenses** | 41,607.44 | 523.75 | 9,216.89 | 9,740.64 | 51,348.08 | 54.10% |

**Priority**            $<u>45.90</u>*

(b)         $<u>120,584.25</u> of which $<u>0.00</u> has already been paid through interim disbursements for priority creditors or certain secured tax claims, in the order specified in 11 U.S.C. 507(a)(2) - (7), 724(b)(3), 507(a)(8)-(9), as itemized in Exhibit E-1 attached hereto (if wage claims are paid, attach Exhibit E-2; if post-petition interest is paid according to 726(a)(5), attach Exhibit E-3):

|  | Allowed & Paid | Allowed & Not Paid | Amount Requested Herein | Proposed Payment (Incl. Prorata) | Total | %* |
|---|---|---|---|---|---|---|

**General Unsecured**   $0.00*

(c)   $0.00 of which $0.00 has already been paid through interim disbursements for general unsecured creditors who have filed claims allowed in the total amount of $0.00, yielding a dividend rate of 0.00000%, as itemized below or in Exhibit F-1 attached hereto (if post-petition interest is paid according to 726(a)(5), attach Exhibit F-2), or as will be itemized in a Report of Proposed Distribution to be filed with the United States Trustee after approval of this Report Before Distribution:

**Non-Estate (d)**

|  | Allowed & Paid | Allowed & Not Paid | Amount Requested Herein | Proposed Payment (Incl. Prorata) | Total | %* |
|---|---|---|---|---|---|---|
| Non-Estate Funds Distributed to Parties in Interest (trustee compensation) 326(a) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Payment to Debtor - Excess Funds 726(a)(6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Payment to Debtor - Exemption | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Non-Estate Funds Non-Compensable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Total Non-Estate Funds Including in Total Receipts (see Exhibit B-2) |  |  |  |  | 0.00 | 0.00% |
| Total Distribution |  |  |  |  | 94,904.95 | 100.00% |

*Note: Percentage is to Total Receipts on the Final Report.

## CERTIFICATION

The undersigned trustee certifies, under penalty of perjury that all assets have been liquidated or properly accounted for, and that funds of the estate are available for distribution. The trustee further certifies that the claims review process is completed, including, if necessary, the completed adjudication by the court of any disputed claim.

The undersigned trustee hereby certifies that on this date, the original and one (1) copy of this report was mailed to the United States Trustee for review. Upon the filing of the report with the Court, a copy of the report will be mailed to the debtor(s) and to counsel for the debtor(s) and a Certificate of Service will be filed.

Dated: August 26, 2008

KENNETH R. HAVIS, Trustee
P.O. BOX 750
NAVASOTA, TX  77868
(936) 825-7982

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 99-39452-H3-7 H3
**Case Name:** SUMMIT QUALITY HEALTH SERVICES, INC
**Period Ending:** 08/04/08

**Trustee:** (631580)   KENNETH R. HAVIS
**Filed (f) or Converted (c):** 10/20/99 (c)
**§341(a) Meeting Date:** 05/01/01
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | A/R (u) | 50,947.64 | 0.00 | | 50,947.64 | FA |
| 2 | CHASE BANK ACCOUNT (u) | 3,016.46 | 3,016.46 | | 3,016.46 | FA |
| 3 | MEDICARE PROVIDER NUMBERS & INTEREST IN NAMES (u) | 30,000.00 | 30,000.00 | | 30,000.00 | FA |
| 4 | FURNITURE, MEDICAL & OFFICE SUPPLIES (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 5 | REFUND FROM SBC COMMUNICATIONS (u) | 271.30 | 271.30 | | 271.30 | FA |
| 6 | REFUND - CREDIT ACCEPTANCE COMPANY (u) | 45.35 | 45.35 | | 45.35 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5,624.20 | Unknown |
| 7 | Assets   Totals (Excluding unknown values) | $89,280.75 | $38,333.11 | | $94,904.95 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2002     **Current Projected Date Of Final Report (TFR):** November 30, 2006

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 99-39452-H3-7 H3 | Trustee: | KENNETH R. HAVIS (631580) |
|---|---|---|---|
| Case Name: | SUMMIT QUALITY HEALTH SERVICES, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 76-0398579 | Account: | ***-*****87-65 - Money Market Account |
| Period Ending: | 08/04/08 | Blanket Bond: | $1,000,000.00  (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction <Ledger Category> | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/27/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 2,244.00 | | 2,244.00 |
| 10/27/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 594.00 | | 2,838.00 |
| 10/27/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 2,970.00 | | 5,808.00 |
| 10/27/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 3,828.00 | | 9,636.00 |
| 10/27/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 2,574.00 | | 12,210.00 |
| 10/27/99 | {2} | CHASE BANK OF TEXAS | A/R | 1229-000 | 2,915.19 | | 15,125.19 |
| 10/29/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 2.81 | | 15,128.00 |
| 11/04/99 | {1} | HCFA | A/R | 1221-000 | 245.00 | | 15,373.00 |
| 11/04/99 | {1} | HCFA | A/R | 1221-000 | 70.42 | | 15,443.42 |
| 11/04/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 594.00 | | 16,037.42 |
| 11/04/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 6,622.00 | | 22,659.42 |
| 11/04/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 198.00 | | 22,857.42 |
| 11/04/99 | {1} | HCFA | A/R | 1221-000 | 1,752.72 | | 24,610.14 |
| 11/08/99 | {3} | KIRKENDALL, ISGUR L.L.P. | SALE TO COMTECH, INC. | 1229-000 | 28,000.00 | | 52,610.14 |
| 11/08/99 | | NICHOLAS & JONES | SALE TO COMTECH, INC. | | 7,000.00 | | 59,610.14 |
| | {3} | | | 1229-000 | 2,000.00 | | 59,610.14 |
| | {4} | | | 1229-000 | 5,000.00 | | 59,610.14 |
| 11/11/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 10,078.00 | | 69,688.14 |
| 11/11/99 | {1} | CBA, INC. | A/R | 1221-000 | 900.00 | | 70,588.14 |
| 11/11/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 10,242.00 | | 80,830.14 |
| 11/11/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 412.00 | | 81,242.14 |
| 11/11/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 1,480.00 | | 82,722.14 |
| 11/11/99 | {5} | SBC COMMUNICATIONS INC. | REFUND OF CREDIT | 1290-000 | 243.59 | | 82,965.73 |
| 11/11/99 | {5} | SBC COMMUNICATIONS, INC. | REFUND OF CREDIT | 1290-000 | 27.71 | | 82,993.44 |

{} Asset reference(s)

Subtotals : $82,993.44     $0.00

Printed: 08/07/2008 04:58 PM     V.10.03

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 99-39452-H3-7 H3 | | | | | Page: 2 |
|---|---|---|---|---|---|---|
| Case Name: | SUMMIT QUALITY HEALTH SERVICES, INC | | Trustee: | KENNETH R. HAVIS (631580) | | |
| Taxpayer ID #: | 76-0398579 | | Bank Name: | JPMORGAN CHASE BANK, N.A. | | |
| Period Ending: | 08/04/08 | | Account: | ***-*****87-65 - Money Market Account | | |
| | | | Blanket Bond: | $1,000,000.00 (per case limit) | | |
| | | | Separate Bond: | N/A | | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction <Ledger Category> | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 506.00 | | 83,499.44 |
| 11/30/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 93.42 | | 83,592.86 |
| 12/16/99 | {6} | CREDIT ACCEPTANCE COMPANY | OVERPAYMENT REFUND | 1290-000 | 45.35 | | 83,638.21 |
| 12/22/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 1,122.00 | | 84,760.21 |
| 12/22/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 1,716.00 | | 86,476.21 |
| 12/22/99 | {1} | U.S. TREASURY | A/R | 1221-000 | 2,112.00 | | 88,588.21 |
| 12/31/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 142.95 | | 88,731.16 |
| 01/07/00 | {1} | GALVESTON COUNTY SELF FUNDED HEALTH PLAN CLAIMS ACCT. | A/R | 1221-000 | 62.50 | | 88,793.66 |
| 01/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 150.50 | | 88,944.16 |
| 02/24/00 | {1} | USA QUALITY STAFFING, INC. | A/R | 1221-000 | 625.00 | | 89,569.16 |
| 02/29/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.1000% | 1270-000 | 141.13 | | 89,710.29 |
| 03/27/00 | {2} | CHASE BANK OF TEXAS | CLOSE ACCOUNT 31400074500 | 1229-000 | 101.27 | | 89,811.56 |
| 03/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.1000% | 1270-000 | 152.09 | | 89,963.65 |
| 04/28/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.2000% | 1270-000 | 157.43 | | 90,121.08 |
| 05/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 168.58 | | 90,289.66 |
| 06/30/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 170.37 | | 90,460.03 |
| 07/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 176.39 | | 90,636.42 |
| 08/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 176.73 | | 90,813.15 |
| 09/29/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 171.36 | | 90,984.51 |
| 10/24/00 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND SB9978028 | 2300-000 | | 65.04 | 90,919.47 |
| 10/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 177.41 | | 91,096.88 |
| 11/30/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 171.96 | | 91,268.84 |
| 12/29/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.1500% | 1270-000 | 170.47 | | 91,439.31 |
| | | | | Subtotals : | $8,510.91 | $65.04 | |

{} Asset reference(s)                                                                                                           Printed: 08/07/2008 04:58 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 99-39452-H3-7 H3 | Trustee: | KENNETH R. HAVIS (631580) |
| --- | --- | --- | --- |
| Case Name: | SUMMIT QUALITY HEALTH SERVICES, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****87-65 - Money Market Account |
| Taxpayer ID #: | 76-0398579 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 08/04/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 158.46 | | 91,597.77 |
| 02/28/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.8000% | 1270-000 | 129.08 | | 91,726.85 |
| 03/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.7000% | 1270-000 | 133.79 | | 91,860.64 |
| 04/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.6000% | 1270-000 | 126.68 | | 91,987.32 |
| 05/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.6000% | 1270-000 | 125.08 | | 92,112.40 |
| 06/29/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 116.41 | | 92,228.81 |
| 07/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 117.57 | | 92,346.38 |
| 08/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 117.72 | | 92,464.10 |
| 09/28/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.3000% | 1270-000 | 107.47 | | 92,571.57 |
| 10/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.1500% | 1270-000 | 93.50 | | 92,665.07 |
| 11/21/01 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND # 016024981 | 2300-000 | | 85.75 | 92,579.32 |
| 11/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.0500% | 1270-000 | 81.78 | | 92,661.10 |
| 12/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.0500% | 1270-000 | 82.69 | | 92,743.79 |
| 01/31/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.9500% | 1270-000 | 78.42 | | 92,822.21 |
| 02/28/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.8500% | 1270-000 | 63.60 | | 92,885.81 |
| 03/29/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.8500% | 1270-000 | 67.08 | | 92,952.89 |
| 04/30/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.8500% | 1270-000 | 64.96 | | 93,017.85 |
| 05/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 64.88 | | 93,082.73 |
| 06/28/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 61.22 | | 93,143.95 |
| 07/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 63.31 | | 93,207.26 |
| 08/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 59.39 | | 93,266.65 |
| 09/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 57.51 | | 93,324.16 |
| 10/09/02 | 1003 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND 016024981 | 2300-000 | | 74.30 | 93,249.86 |
| 10/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 59.44 | | 93,309.30 |

Subtotals :  $2,030.04   $160.05

{} Asset reference(s)

Printed: 08/07/2008 04:58 PM   V.10.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 99-39452-H3-7 H3 | | Trustee: | KENNETH R. HAVIS (631580) |
|---|---|---|---|---|
| Case Name: | SUMMIT QUALITY HEALTH SERVICES, INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****87-65 - Money Market Account |
| Taxpayer ID #: | 76-0398579 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 08/04/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction <Ledger Category> | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/11/02 | 1004 | KIRKENDALL & ISGUR, L.L.P. | 40% ATTORNEY FEES/EXP PER ORDER # 109 SIGNED 10/30/02 IN CASE # 99-39450 | | | | 74,348.56 |
| | | | 40% of Attorney Fees per Order # 109 Signed 10/30/02 | 3210-000 | | 17,865.70 | 74,348.56 |
| | | | 40% of Attorney Exp. per Order # 109 Signed 10/30/02 | 3220-000 | | 1,095.04 | 74,348.56 |
| 11/11/02 | 1005 | FLOYD, ISGUR, RIOS & WAHRLICH, P.C. | 40% ATTORNEY FEES/EXP. PER ORDER # 109 SIGNED 10/30/02 IN CASE # 99-39450 | | | | 66,115.47 |
| | | | 40% of Attorney Fees per Order # 109 Signed 10/30/02 | 3210-000 | | 7,735.60 | 66,115.47 |
| | | | 40% of Attorney Exp. per Order # 109 Signed 10/30/02 | 3220-000 | | 497.49 | 66,115.47 |
| 11/29/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 33.59 | | 66,149.06 |
| 12/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 24.16 | | 66,173.22 |
| 01/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 24.17 | | 66,197.39 |
| 02/10/03 | 1006 | KENNETH HAVIS, CPA | PAYMENT OF ACCOUNTANT FEES/EXP. PER ORDER # 43 SIGNED 1/29/03 | | | | 55,428.19 |
| | | | Accountant fees per Order # 43 Signed 1/29/03 | 3310-000 | | 10,720.00 | 55,428.19 |
| | | | Accountant Expenses Per Order # 43 Signed | 3320-000 | | 49.20 | 55,428.19 |

Subtotals : $81.92 $37,963.03

{} Asset reference(s)

Printed: 08/07/2008 04:58 PM V.10.03

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 99-39452-H3-7 H3 | Trustee: KENNETH R. HAVIS (631580) |
| Case Name: | SUMMIT QUALITY HEALTH SERVICES, INC | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | | Account: ***-*****87-65 - Money Market Account |
| Taxpayer ID #: | 76-0398579 | Blanket Bond: $1,000,000.00 (per case limit) |
| Period Ending: | 08/04/08 | Separate Bond: N/A |

Page: 5

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 1/29/03 | | | | |
| 02/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 20.44 | | 55,448.63 |
| 03/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 19.39 | | 55,468.02 |
| 04/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 18.24 | | 55,486.26 |
| 05/19/03 | 1007 | FLOYD, ISGUR, RIOS & WAHRLICH, PC | ATTORNEY FEES/EXP PER ORDER 123 SIGNED 5/7/03 IN CASE #99-39450 | | | | 54,221.01 |
| | | | Attorney fees per order # 123 dated 05/07/03 | 3210-000 | | 1,231.55 | |
| | | | Attorney expenses per order # 123 dated 5/7/03 | 3220-000 | | 33.70 | |
| | | | | | | 1,265.25 | 54,221.01 |
| 05/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 18.80 | | 54,239.81 |
| 06/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 15.01 | | 54,254.82 |
| 07/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 13.83 | | 54,268.65 |
| 08/29/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 11.52 | | 54,280.17 |
| 09/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 11.15 | | 54,291.32 |
| 10/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 10.41 | | 54,301.73 |
| 11/21/03 | 1008 | INTERNATIONAL SURETIES, LTD. | BOND # 016024981 | 2300-000 | | 81.63 | 54,220.10 |
| 11/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 8.93 | | 54,229.03 |
| 12/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 9.21 | | 54,238.24 |
| 01/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 9.19 | | 54,247.43 |
| 02/27/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 8.60 | | 54,256.03 |
| 03/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 8.45 | | 54,264.48 |
| 04/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 6.67 | | 54,271.15 |
| 05/24/04 | 1009 | HAVIS & WEST, CPA | SECOND AND FINAL FEE APPLICATION FOR ACCOUNTANT FEES/EXP PER ORDER | | | 1,732.75 | 52,538.40 |
| | | | Subtotals : | | $189.84 | $3,079.63 | |

{} Asset reference(s)    Printed: 08/07/2008 04:58 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 99-39452-H3-7 H3 | | Trustee: | KENNETH R. HAVIS (631580) |
|---|---|---|---|---|
| Case Name: | SUMMIT QUALITY HEALTH SERVICES, INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****87-65 - Money Market Account |
| Taxpayer ID #: | 76-0398579 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 08/04/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | # 50 DATED 5/5/04 | | | | | |
| 05/28/04 | | JPMORGAN CHASE BANK | Accountant fees per<br>order # 50 dated 5/5/04 | 1,650.00 | 3310-000 | | | 52,538.40 |
| | | | Accountant expenses<br>per order # 50 dated<br>5/5/04 | 82.75 | 3320-000 | | | 52,538.40 |
| 06/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | | 1270-000 | 6.90 | | 52,545.30 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | | 1270-000 | 6.47 | | 52,551.77 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | | 1270-000 | 6.68 | | 52,558.45 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | | 1270-000 | 8.19 | | 52,566.64 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | | 1270-000 | 8.62 | | 52,575.26 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 9.34 | | 52,584.60 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 10.78 | | 52,595.38 |
| 01/13/05 | 1010 | INTERNATIONAL SURETIES, LTD. | BOND 016024981 | | 2300-000 | 11.14 | | 52,606.52 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | | 1270-000 | | 62.22 | 52,544.30 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 13.18 | | 52,557.48 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 12.53 | | 52,570.01 |
| 04/07/05 | 1011 | INTERNAL REVENUE SERVICE | FEE FOR COPY OF TAX RETURN (12/31/98<br>76-0398579) | | 2990-000 | | 39.00 | 52,546.64 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | | 1270-000 | 15.63 | | 52,585.64 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | | 1270-000 | 15.12 | | 52,561.76 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | | 1270-000 | 15.63 | | 52,577.39 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | 1270-000 | 16.78 | | 52,594.17 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | 1270-000 | 18.23 | | 52,612.40 |
| | | | | | | 20.11 | | 52,632.51 |

{} Asset reference(s)  
Subtotals : $195.33  $101.22

Printed: 08/07/2008 04:58 PM   V.10.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 99-39452-H3-7 H3 | | Trustee: | KENNETH R. HAVIS (631580) |
|---|---|---|---|---|
| Case Name: | SUMMIT QUALITY HEALTH SERVICES, INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****87-65 - Money Market Account |
| Taxpayer ID #: | 76-0398579 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 08/04/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 20.70 | | 52,653.21 |
| 10/10/05 | 1012 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND 016024981 | 2300-000 | | 62.75 | 52,590.46 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 22.86 | | 52,613.32 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 23.79 | | 52,637.11 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.32 | | 52,663.43 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 29.66 | | 52,693.09 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 28.30 | | 52,721.39 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 31.35 | | 52,752.74 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.40 | | 52,786.14 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 35.88 | | 52,822.02 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 34.74 | | 52,856.76 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 35.93 | | 52,892.69 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 35.95 | | 52,928.64 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.63 | | 52,962.27 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 37.13 | | 52,999.40 |
| 11/14/06 | 1013 | International Sureties, Ltd. | Bond 016024981 | 2300-000 | | 76.85 | 52,922.55 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 34.82 | | 52,957.37 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.64 | | 52,991.01 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 35.33 | | 53,026.34 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.42 | | 53,052.76 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 28.33 | | 53,081.09 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.29 | | 53,110.38 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.30 | | 53,139.68 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.43 | | 53,167.11 |

| | Subtotals : | $674.20 | $139.60 | |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 08/07/2008 04:58 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 99-39452-H3-7 H3 | | Trustee: | KENNETH R. HAVIS (631580) |
|---|---|---|---|---|
| Case Name: | SUMMIT QUALITY HEALTH SERVICES, INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****87-65 - Money Market Account |
| Taxpayer ID #: | 76-0398579 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 08/04/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction <Ledger Category> | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 30.28 | | 53,197.39 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.35 | | 53,226.74 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.52 | | 53,253.26 |
| 10/26/07 | 1014 | International Sureties, Ltd. | Bond 016024981 | 2300-000 | | 98.87 | 53,154.39 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 31.28 | | 53,185.67 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 27.67 | | 53,213.34 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 27.10 | | 53,240.44 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 24.34 | | 53,264.78 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 10.93 | | 53,275.71 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.89 | | 53,285.60 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.43 | | 53,293.03 |
| 05/21/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 4.48 | | 53,297.51 |
| 05/21/08 | | To Account #*******8766 | Transfer funds to non-interest account. | 9999-000 | | 53,297.51 | 0.00 |
| | | | | ACCOUNT TOTALS | 94,904.95 | 53,297.51 | 0.00 |
| | | | | Less: Bank Transfers | 0.00 | 53,297.51 | |
| | | | | Subtotal | 94,904.95 | 0.00 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $94,904.95 | $41,607.44 | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 99-39452-H3-7 H3 | Trustee: | KENNETH R. HAVIS (631580) |
|---|---|---|---|
| Case Name: | SUMMIT QUALITY HEALTH SERVICES, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****87-66 - Checking Account |
| Taxpayer ID #: | 76-0398579 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 08/04/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction <Ledger Category> | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/21/08 | | From Account #*********8765 | Transfer funds to non-interest account. | 9999-000 | 53,297.51 | 0.00 | 53,297.51 |

|  |  | Receipts | Disbursements |
|---|---|---|---|
| | Subtotal | 53,297.51 | 0.00 |
| | Less: Bank Transfers | 53,297.51 | 0.00 |
| | **ACCOUNT TOTALS** | | |
| | NET Receipts / Disbursements | $0.00 | $0.00 |
| | Less: Payments to Debtors | | 0.00 |
| | **NET Estate :** | | |

Net Receipts :    94,904.95
Net Estate :      $94,904.95

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****87-65 | 94,904.95 | 41,607.44 | 0.00 |
| Checking # ***-*****87-66 | 0.00 | 0.00 | 53,297.51 |
| | $94,904.95 | $41,607.44 | $53,297.51 |
| Bank Transfers | | $53,297.51 | $53,297.51 |

Attachment to Form 2

Case Number: 99-39452-H3-7
Case Name: SUMMIT QUALITY HEALTH SERVICES, INC

|  | Receipts | Disbursements |
|---|---|---|
| Net from Form 2 | 94,904.95 | 41,607.44 |
| Bank Transfers from Form 2 | 53,297.51 | 53,297.51 |
| Payments to Debtor from Form 2 |  | 0.00 |
| **Totals from Form 2** (Includes Non-Compensable Items, Transfers and Void Transactions) | $148,202.46 | $94,904.95 |
| **Total Proposed Compensable Payments** |  | 53,297.51 |
| **Total Proposed Non-Compensable Payments** |  | 0.00 |
| **Total** (Includes all amounts in the Receipts & Disbursements columns of Form 2) | $148,202.46 | $148,202.46 |

TX-5  Revised 06/25/99