IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: SUMMIT QUALITY HEALTH SERVICES, INC.
     DEBTOR:                        CASE NO. 99-39452-H3-7

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT** a **HEARING** in said cause is **SCHEDULED** for JANUARY 06, 2010 at 10:45 A.M. in **HOUSTON**, 515 Rusk Ave., 4th Floor, Courtroom 401 to consider and act upon the following:

MOTION TO PAY UNCLAIMED FUNDS   (#65)

Said MOTION may be reviewed at the office of Clerk of the Court, United States Courthouse, Houston, Texas, during business hours.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

Dated: NOVEMBER 30, 2009                BY: *Maria Rodriguez*

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: mrod              Page 1 of 1             Date Rcvd: Nov 30, 2009
Case: 99-39452                Form ID: pdf002         Total Noticed: 18

The following entities were noticed by first class mail on Dec 02, 2009.
 db          +Summit Quality Health Services Inc,    1919 North Loop West,    Suite 300,    Houston, TX 77008-1354
 aty         +John Werner,    Reaud Morgan et al,    801 Laurel St,    Beaumont, TX 77701-2228
 intp         Agathia Traylor,    c/o John Werner,    Attorney At Law,    P O Box 26005,
               Beaumont, TX  77720-6005
 intp         Bradley M Thibodeaux,    c/o John Werner,    Attorney At Law,    P O Box 26005,
               Beaumont, TX  77720-6005
 intp        +Brenda Roberts,    c/o John Werner,    PO Box 26005,    Beaumont, TX 77720-6005
 intp        +Brian J Dilks,    Dilks & Knopik, LLC,    P O Box 2728,    Issaquah, WA 98027-0125
 intp         Jacqueline Unger,    c/o John Werner,    Attorney At Law,    P O Box 26005,
               Beaumont, TX  77720-6005
 intp         Janice M Gibson,    c/o John Werner,    Attorney At Law,    P O Box 26005,
               Beaumont, TX  77720-6005
 intp        +Jennifer Maxey,    C/O John Werner,    P.O. Box 26005,    Beaumont, TX 77720-6005
 intp         Mary E Hall,    c/o John Werner,    P O Box 26005,    Beaumont, TX  77720-6005
 intp         Melba L Odom,    C/O John Werner,    P.O. Box 26005,    Beaumont, TX  77720-6005
 intp         Rebecca Trahan,    c/o John Werner,    Attorney At Law,    P  O Box 26005,
               Beaumont, TX  77720-6005
 cr          +Richard O'Donnell,    16339 Stuebner-Airline Rd,    #710,    Spring, TX 77379-7352
 intp         Ronald Jones,    C/O John Werner,    P.O. Box 26005,    Beaumont, TX  77720-6005
 intp         Shalana Olds,    c/o John Werner,    Attorney At Law,    P O Box 26005,    Beaumont, TX  77720-6005
 intp        +Stacey Sam,    c/o John Werner,    PO Box 26005,    Beaumont, TX 77720-6005
 intp        +US Trustee,    515 Rusk,    Ste 3516,    Houston, TX 77002-2604
 acc         +William G West, Jr,    Havis & West, CPAs,    P O Box 750,    Navasota, TX 77868-0750

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Former Firm of  which Marvin Isgur was an attorney,    Floyd Isgur et al
 cr           Adrienne A Casimire
 cr           Beverly Curette
 cr           City of Houston
 cr           Evelyn Beeson
 cr           Harris County
 cr           Houston ISD
 cr           Kenneth Cockrill
                                                                                             TOTALS: 8, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2009             Signature:    _Joseph Speetjens_